UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EULER HERMES NORTH AMERICA INSURANCE COMPANY, | § § § § § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION H-16-2215 |
| ILJIN STEEL AMERICA, INC., | § § § | |
| *Defendant*. | § § | |

### ORDER

Pending before the court is the Magistrate Judge's memorandum and recommendation ("M&R") recommending that the court grant defendant ILJIN Steel America, Inc.'s motion to dismiss (Dkt. 14). Dkt. 26. Plaintiff Euler Hermes North America Insurance Company brought this action and none of the parties filed objections to the M&R, which were due on March 10, 2017. *Id.* Having considered the M&R, related documents, and the applicable law, the court is of the opinion that there is no clear error, and that the M&R should be adopted. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R (Dkt. 26) is ADOPTED IN FULL. The court, consistent with the Magistrate Judge's recommendation, GRANTS defendant's motion to dismiss.

Signed at Houston, Texas on March 14, 2017.

_____
Gray H. Miller
United States District Judge